IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIS FLOYD WILEY, | } | |
| TDCJ-CID NO.753383, | } | |
|     Plaintiff, | } | |
| | } | |
| v. | } | CIVIL ACTION NO. H-07-2438 |
| | } | |
| BRAD LIVINGSTON, | } | |
|     Defendant. | } | |

## ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal entered this date, this civil action is **DISMISSED** without prejudice to refiling after payment of the entire $350.00 filing fee.

**SIGNED** at Houston, Texas, on this 23rd day of August, 2007.

Melinda Harmon
United States District Judge